**COMMONWEALTH of Pennsylvania,**
Appellant,

v.

**Richard Alan FELTON, Appellee.**

Supreme Court of Pennsylvania.

Argued April 28, 1997.

Decided March 31, 1998.

George P. Skumancik, Tunkhannock, for
the Com.

David P. Postako, Tunkhannock, for Rich-
ard Alan Felton.

Before FLAHERTY, C.J., and ZAPPALA,
CAPPY, CASTILLE, NIGRO and
NEWMAN, JJ.

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

CASTILLE and NEWMAN, JJ., dissent.